USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 6, 2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x
                                                         :
**In re: Application of Farkhad Akhmedov**               :        **20-mc-377 (ALC)**
                                                         :
                                                         :
                                                         :        **ORDER**
                                                         :
-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

    Petitioner shall file a status report within one week of the date of this Order. The report shall address whether the relief requested is still sought.

**SO ORDERED.**

Dated:    October 6, 2022
             New York, New York

*/s/ Andrew L. Carter, Jr.*

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**